UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JACK D. RATLIFF, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No.  1:21-cv-00091-SNLJ |
| | ) |
| CITY OF KENNETT, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) voluntarily dismissing this action with prejudice.  [Doc. 68].  The dismissal includes consolidated case no. 1:22-cv-00072-SNLJ.  The parties' stipulation of dismissal is effective upon filing and does not require judicial approval.  *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).

Accordingly, both cases were **DISMISSED with prejudice** upon the filing of the parties' stipulation and the Clerk of Court is **DIRECTED** to close both cases.

**SO ORDERED** this 5th day of June, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE